BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
ROBERT W. CURTIS, ESQ.
Nevada Bar No. 9317
**BROCK K. OHLSON PLLC**
6060 Elton Avenue
Las Vegas, Nevada 89107
(702) 982-0055 Phone
(702) 982-0150 Fax
E-Mail: EFILE@INJURED.VEGAS
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAY RODRIGUEZ, as assignee of rights of Juan Carlos Rodriguez-Torna;<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; MED JAMES, INC., a foreign corporation, DOES 1-10 and ROE ENTITIES 1-10, inclusive,<br>             Defendants. | CASE NO.: 2:24-cv-00874-CDS-MDC<br><br>**STIPULATION AND ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT AND DISMISSAL OF MED JAMES, INC. WITHOUT PREJUDICE** |

Plaintiff, KAY RODRIGUEZ as assignee of rights of Juan Carlos Rodriguez-Torna, by and through her counsel of record Brock K. Ohlson, Esq. and Justin A. Corne, Esq. of BROCK K. OHLSON PLLC, and Defendant KEY INSURANCE COMPANY, by and through its counsel of record Gregory M. Schulman, Esq. of THORNDAL ARMSTRONG, PC, hereby agrees and stipulates to allow Plaintiff to file her First Amended Complaint (a copy of which is attached hereto as **Exhibit 1**, with newly added allegations in bold type font), and to dismiss Defendant MED JAMES, INC. from this lawsuit without prejudice.

## ORDER

Based upon the stipulation of the parties, Plaintiff <u>may file her First Amended Complaint within seven days of this Order</u> and Defendant MED JAMES INC is dismissed without prejudice. IT IS SO ORDERED

_____
UNITED STATE MAGISTRATE JUDGE
Dated: 12-9-24

| Submitted by:<br>Dated: 12/5/2024<br><br>By: _____<br>JUSTIN A. CORNE, ESQ.<br>Nevada Bar No. 14504<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue<br>Las Vegas, Nevada 89107<br>(702) 982-0055 Phone<br>(702) 982-0150 Fax<br>E-Mail: EFILE@INJURED.VEGAS<br>Attorneys for Plaintiff | Approved by:<br>Dated: 12/5/24<br><br>By: _____<br>GREGORY M. SCHULMAN, ESQ.<br>NV Bar No. 5766<br>THORNDAL ARMSTRONG, PC<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, NV 89101<br>Ph: (702) 366-0622<br>Fax: (702) 316-4114<br>E-Mail: gms@thorndal.com<br>Attorneys for Defendant, Key Insurance Company & Med James, Inc. |
|---|---|