# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kay Rodriguez, assignee of rights of Juan Carlos Rodriguez-Torna,

     Plaintiff

 v.

Key Insurance Company,

     Defendant

Case No. 2:24-cv-00874-CDS-MDC

**Order Administratively Closing Case**

  Plaintiff Kay Rodriguez and defendant Key Insurance Company stipulated to stay this matter for ninety days to ascertain the status of Key Insurance's rehabilitation efforts in Kansas. Stip., ECF No. 26. As a result, this matter was stayed on March 21, 2025, and Key Insurance was ordered to file a status report addressing the status of its rehabilitation efforts and whether the stay can be lifted on June 20, 2025. Order, ECF No. 27. Shortly thereafter, on April 11, 2025, Key Insurance filed a notice of automatic stay. Notice, ECF No. 28. The Shawnee County, Kansas District Court issued its final order and judgment of liquidation finding Key Insurance to be insolvent, converted the rehabilitation into a liquidation proceeding, and immediately enjoined and stayed all actions against Key Insurance wherever pending or located. *Id.* at 6–20. Additionally, under Nevada Revised Statute § 687A.160(1), all proceedings involving an insolvent insurer, in any court in Nevada, must be stayed. Key Insurance asserts that the automatic stay must remain until the Nevada Insurance Guaranty Association waives it.[1] ECF No. 28 at 2.

---

[1] The National Insurance Guaranty Association is a nonprofit, unincorporated legal entity that provides insurance benefits to individuals and entities whose insurers have become insolvent. Nev. Rev. Stat. §§ 687A.040; 687A.060.

**Conclusion**

It is therefore ordered that this action remain stayed pending resolution of Key Insurance's liquidation proceedings. The Clerk of Court is kindly instructed to administratively close this case, to be reopened upon written request and application of the parties and order of this court.

Dated: July 2, 2025

_____
Cristina D. Silva
United States District Judge